**Mrs. Margaret M. BROUSSARD,
Plaintiff-Appellant,**

**v.**

**Sam A. DISTEFANO, Sr., Superintendent
of Schools of Iberville Parish, et al.,
Defendants-Appellees.**

**No. 72-3235.**

United States Court of Appeals,
Fifth Circuit.

April 4, 1974.

Michael R. Fontham, New Orleans, La., for plaintiff-appellant.

Joseph W. Cole, Jr., Port Allen, La., for defendants-appellees.

Before AINSWORTH, GODBOLD and CLARK, Circuit Judges.

PER CURIAM:

The decision of the District Court is VACATED and the cause remanded for reconsideration under Cleveland Board of Education v. LaFleur, 414 U.S. 632, 94 S.Ct. 791, 39 L.Ed.2d 52 (1974). Costs are taxed against the appellees.